```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DENNIS LOCKWOOD,

                Plaintiff,

-against-

AFFIRM, INC. and EXPERIAN INFORMATION SOLUTIONS INC.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2023
```

1:23-cv-3785 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Court has been informed by the plaintiff that all parties have reached settlements in principle [ECF No. 12]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore is made by August 28, 2023. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

Date:  July 26, 2023
      New York, NY

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**